248 U. S.    Decisions on Petitions for Writs of Certiorari.

*Rush Taggart* and *Mr. Beverly L. Hodghead* for petitioner. *Mr. William J. Hunsaker* and *Mr. E. W. Britt* for respondents.

---

No. 567. REDERIAKTIEBOLAGET ATLANTEN *v.* AKTIESELSKABET KORN-OG FODERSTOF KOMPAGNIET. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. John W. Griffin* for petitioner. *Mr. Roscoe H. Hupper* for respondent.

---

No. 568. GEORGE A. COLE ET AL. *v.* JOSEPH RALPH. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. William C. Prentiss* and *Mr. George B. Thatcher* for petitioners. *Mr. Edwin W. Senior* and *Mr. George D. Parkinson* for respondent.

---

No. 569. GEORGE A. COLE ET AL. *v.* JOSEPH RALPH. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. William C. Prentiss* and *Mr. George B. Thatcher* for petitioners. *Mr. Edwin W. Senior* and *Mr. George D. Parkinson* for respondent.

---

No. 571. SEABOARD AIR LINE RAILWAY COMPANY *v.* MRS. LESSIE HORTON, ADMINISTRATRIX, ETC. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina granted. *Mr. Thaddeus A. Adams* and *Mr. E. Marvin Underwood* for petitioner. *Mr. Robert W. Winston* for respondent.